

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00317-CV

Lloyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of
The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk,
Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke, Lucy Sturm, and
Thomas Dworaczyk,
Appellants

v.

**XTO ENERGY, INC.**, Newfield Exploration Company, Imperial Oil Company, Momentum Oil
& Gas, LLC, and Modelo Energy, LLC,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed: July 25, 2018

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have fully

compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed.

*See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex.

App.—San Antonio 2001, no pet.). The parties shall bear their own costs. *See* TEX. R. APP. P.

42.1(d).

PER CURIAM